IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES OWEN,
    Plaintiff,

vs.                Case No. 3:07cv516/LAC/MD

OKALOOSA COUNTY DEPARTMENT
OF CORRECTIONS,
    Defendant.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on December 6, 2007 by filing an "Emergency Motion for Dental Care" which the court construed as a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). The complaint was not on the appropriate court form, and was not accompanied by the filing fee or an application to proceed *in forma pauperis*. Accordingly, on December 12, 2007 this court entered an order requiring plaintiff to file an amended complaint on the court form, and to either pay the $350.00 filing fee or file a complete application to proceed *in forma pauperis*. (Doc. 3). Plaintiff was provided thirty days in which to comply with the order and warned that failure to do so would result in a recommendation that his case be dismissed for failure to prosecute and failure to comply with an order of the court. Plaintiff did not respond to the order.

Therefore, the court entered an order on January 24, 2008 directing the plaintiff to show cause within twenty (20) days why his case should not be dismissed for failure to comply with an order of the court. (Doc. 4). To date, there has been no response by plaintiff to any of this court's orders.

**Accordingly, it is respectfully RECOMMENDED:**

**That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.**

**DONE AND ORDERED this 27th day of February, 2008.**

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**